ELIX KRAVITZ, Plaintiff, *v.* B. B. & F. REALTY COR-PORATION et al., Defendants.

PHILIP LEIZERKOWITZ, Appellant; ERNEST G. GARDNER, Respondent.

(Submitted February 11, 1930; decided March 18, 1930.)

*Max H. Newman* for appellant.
*William Walzer* and *Raymond Gitlin* for respondent.

Order modified by reducing the amount to be paid to the receiver to $47, with interest from July 10, 1929, that being the amount collected by appellant after the appointment of the receiver, and as so modified affirmed, without costs in any court; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.